## 66655. SPIVEY v. ROGERS et al.

QUILLIAN, Presiding Judge.

Appeal was taken from an order dismissing the plaintiff's cross-complaint against an added party and assigning the remainder of the cause (involving the defendant's counterclaim against the plaintiff) for jury trial. *Held:*

Where there is a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. OCGA § 9-11-54 (Code Ann. § 81A-154). In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) (Code Ann. § 81A-154) or there must be compliance with the requirements of OCGA § 5-6-34 (b) (Code Ann. § 6-701). Where neither of these code sections are followed as in this case, the appeal is premature and must be dismissed. *Myers v. Mobil America Corp.,* 132 Ga. App. 331 (208 SE2d 169); *Johnson v. Martin,* 132 Ga. App. 813 (209 SE2d 256); *Hancock v. Oates,* 244 Ga. 175, 177 (259 SE2d 437).

*Appeal dismissed. Sognier and Pope, JJ., concur.*

DECIDED SEPTEMBER 6, 1983.

*M. Francis Stubbs, Richard G. Milam,* for appellant.
*Bobby T. Jones, Richard Phillips,* for appellees.